IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WEBROOT, INC. and<br>OPEN TEXT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CROWDSTRIKE, INC., and<br>CROWDSTRIKE HOLDINGS, INC.,<br><br>Defendants. | Case No. 6:22-cv-00241-ADA-DTG<br><br>JURY TRIAL DEMANDED |
| CROWDSTRIKE, INC.,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>WEBROOT, INC. and<br>OPEN TEXT, INC.,<br><br>Counterclaim-Defendants. | |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Webroot, LLC and Open Text, Inc. and Defendants CrowdStrike, Inc. and CrowdStrike Holdings, Inc. hereby stipulate to the dismissal of the above referenced action. All claims of infringement that Plaintiffs raised or could have raised in this action are dismissed WITH PREJUDICE. All claims, defenses, or counterclaims that Defendants raised are dismissed WITHOUT PREJUDICE. Each Party will bear its own costs and attorneys' fees.

Dated: November 2, 2023

By:

*Christopher C. Campbell*
JEFFREY D. MILLS
 jmills@kslaw.com
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Telephone: (512) 457-2027
Telecopier: (202) 626-3737

CHRISTOPHER C. CAMPBELL
 ccampbell@kslaw.com
PATRICK M. LAFFERTY
 plafferty@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 737-0500
Telecopier: (202) 626-3737

BRITTON F. DAVIS
 bfdavis@kslaw.com
BRIAN J. EUTERMOSER
 beutermoser@kslaw.com
KING & SPALDING LLP
1401 Lawrence Street, Suite 1900
Denver, Colorado 80202
Telephone: (720) 535-2300
Telecopier: (720) 535-2400

MARK D. SIEGMUND
 mark@cjsjlaw.com
CHERRY JOHNSON SIEGMUND
JAMES, PLLC
400 Austin Ave., 9th Floor
Waco, Texas 76701
Telephone: (254) 732-2242
Telecopier: (866) 627-3509

*Counsel for Open Text, Inc. and Webroot, Inc.*

By:

*Deepa Acharya*
David Nelson
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N Upper Wacker Dr #2700
Chicago, IL 60606
Tel.: (312) 705-7400
Fax: (312) 705-7401

Victoria F. Maroulis
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Tel.: (650) 801-5000
Fax: (650) 801-5100

Deepa Acharya
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Tel.: (202) 538-8000
Fax: (202) 538-8100

Steven Callahan
  Texas State Bar No. 24053122
  scallahan@ccrglaw.com
CHARHON CALLAHAN
ROBSON & GARZA, PLLC
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Tel.: (214) 521-6400
Fax: (214) 764-8392

*Attorneys for CrowdStrike, Inc. and CrowdStrike Holdings, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2023, a copy of the foregoing was served electronically to counsel of record.

<u>/s/ Christopher C. Campbell</u>
Christopher C. Campbell