AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Western District of Texas, Waco Division__ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>6:22-cv-00241 | DATE FILED<br>3/4/2022 | U.S. DISTRICT COURT<br>Western District of Texas, Waco Division |
|---|---|---|
| PLAINTIFF<br>Webroot, Inc. and OpenText Inc. | | DEFENDANT<br>CrowdStrike, Inc. and CrowdStrike Holdings, Inc. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>9/7/2022 | INCLUDED BY<br>☑ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1  11,409,869 | 8/9/2022 | Webroot, Inc. |
| 2  8,719,932 | 5/6/2014 | Webroot, Inc. |
| 3  8,201,243 | 6/12/2012 | Webroot, Inc. |
| 4  8,181,244 | 5/15/2012 | Webroot, Inc. |
| 5  8,856,505 | 10/7/2014 | Webroot, Inc. |
| 6  8,763,123 | 6/24/2014 | Webroot, Inc. |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

11/02/23-Stipulation of Dismissal. Document 90.

| CLERK<br>PHILIP J. DEVLIN | (BY) DEPUTY CLERK<br>KDavis | DATE<br>11/02/2023 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director     **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director     **Copy 4**—Case file copy